UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                          )<br>)<br>JOSE OTERO,                 )<br>)<br>)<br>)<br>)<br>) | CRIMINAL NO. 4:04CR40030-FDS<br>VIOLATION:<br>21 U.S.C. § 841(a)(1)-<br>Possession of Cocaine Base<br>With Intent to Distribute<br><br>21 U.S.C. §853 - Criminal<br>Forfeiture |

## INDICTMENT

**COUNT ONE**: (21 U.S.C. § 841(a)(1) - Possession of Cocaine Base With Intent to Distribute)

The Grand Jury charges that:

On or about October 7, 2004, at Worcester, in the District of Massachusetts,

**JOSE OTERO,**

defendant herein, being at least 18 years of age, did knowingly and intentionally possess with intent to distribute a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

It is further alleged that this offense involved 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) is applicable to this offense.

All in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION

## (21 U.S.C. §853)

The Grand Jury further charges that:

1. As a result of the offense alleged in Count One of this Indictment,

**JOSE OTERO**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2. If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendants –

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

**NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further finds the following:

1) That the offense charged in Count One involved at least 35 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, as described in USSG §2D1.1(c)(5).

2) That defendant was a career offender as described in USSG §4B1.1.

**<u>A TRUE BILL</u>**

_____
Foreperson of the Grand Jury

_____
Paul G. Casey
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:               December 15, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

1:58 pm

4

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Worcester    **Category No.** _____    **Investigating Agency** WORCESTER PD

**City** Worcester,    **Related Case Information:**

**County** Worcester

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Jose Otero    Juvenile  [ ] Yes  [X] No

Alias Name _____

Address   10 Winfield Street, Worcester, MA

Birth date (Year only): 71    SSN (last 4 #): 2679   Sex m   Race: hispanic   Nationality: unknown

**Defense Counsel if known:** _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Paul Casey    Bar Number if applicable _____

Interpreter:  [ ] Yes  [X] No    List language and/or dialect: _____

Matter to be SEALED:   [ ] Yes  [X] No

[X] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[X] Already in State Custody   Worcester H. of C.   [ ] Serving Sentence  [X] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   [ ] Complaint   [X] Information   [X] Indictment

**Total # of Counts:**   [ ] Petty ___   [ ] Misdemeanor ___   [X] Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

[X]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  12/15/04    Signature of AUSA:  *Paul G. Casey*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Jose Otero

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | possession with intent to distribute | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**