UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: The Superintendent of Worcester House of Correction, 5 Paul X. Tivnan Drive, West Boylston, MA

YOU ARE COMMANDED to have the body of ___JOSE OTERO___ now in your custody, before the United States District Court for the District of Massachusetts, Harold D. Donohue Post Office and Courthouse Building, Courtroom No. __1__, on the 5TH floor, Worcester, Massachusetts on ___December 30, 2004___, at __11:00__ A. M. for the purpose of ___Arraignment & Initial Appearance___

in the case of    UNITED STATES OF AMERICA V.  ___JOSE OTERO___

CR Number    ___04-40030-FDS___

And you are to retain the body of said  ___JOSE OTERO___  while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said  ___JOSE OTERO___  to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __27th__ day of __December__, __2004__.


 Charles B. Swartwood, III
UNITED STATES MAGISTRATE JUDGE

                                                    TONY ANASTAS, CLERK

                                                    By: /s/ Lisa B. Roland
                            SEAL                    Lisa B. Roland (508)929-9905
                                                    Deputy Clerk

(Habcorp.wrt - 10/96)                                           [kwhcap.] or
                                                                [kwhcat.]