# ~~FINA~~NCIAL AFFIDAVIT

### ~~IN SUPPORT OF REQUEST FOR AT~~TORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

US                  Ofero

FOR _____

AT _____

Jose Ofero

LOCATION NUMBER

_filed in open court 12/30/04_

| | |
|---|---|
| 1 ☒ Defendant—Adult | **DOCKET NUMBERS** |
| 2 ☐ Defendant—Juvenile | Magistrate |
| 3 ☐ Appellant | 4:04CR40030 |
| 4 ☐ Probation Violator | District Court |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | Court of Appeals |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other (Specify) | |

(applicable & check box → )  ☒ Felony  ☐ Misdemeanor

Possession of Cocaine Base with Intent to Distribute

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment
How much did you earn per month $ _____

If married is your Spouse employed? ☐ Yes ☒ No

IF YES, how much does your Spouse earn per month $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED $ _____   0   SOURCES _____

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No   IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

IF YES, GIVE VALUE AND DESCRIBE IT

VALUE $ _____   DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents _____

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| | $ _____ | $ _____ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

_Jose Otero_

12-30-04

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH