# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )    CRIMINAL ACTION
                               )    NO. 04-40030-FDS
JOSE OTERO,                    )
          Defendant,           )
_____)
```

### ORDER OF DETENTION
### January 12, 2005

**SWARTWOOD, M.J.**

### I. Nature Of The Offense And The Government's Motion

On December 15, 2004, an Indictment was returned charging Jose Otero ("Mr. Otero") in Count One, with possession of cocaine base with intent to distribute, in violation of 21 U.S.C. §841(a)(1). The Indictment includes a forfeiture allegation in accordance with 21 U.S.C. §853 and Notice of Additional Factors.

On December 30, 2004, Mr. Otero appeared in this Court for his arraignment on the charge contained in this Indictment. At that time, Mr. Otero was in state custody, but the Government moved for detention, if Mr. Otero were to be released from state custody, in accordance with 18 U.S.C. §3142(f)(1)(C)(Mr. Otero is charged with an offense for which a maximum term of imprisonment of ten years or more is prescribed in the "Controlled Substances Act"),

(f)(1)(D)(Mr. Otero is charged with a felony and has been convicted of two or more offenses described in paragraphs (A) through (C) of Section 3142(f)(1), or two or more state or local offenses that would have been offenses described in paragraphs (A) through (C) of such section if federal jurisdiction has existed) and (f)(2)(A)(risk of flight).

Subsequently, Mr. Otero was released from state custody and on January 12, 2005, I held a hearing on the Government's motion for detention. At that hearing, Mr. Otero assented to an Order of Detention, but reserved his right to a detention hearing in the future.

## II. <u>Order of Detention Pending Trial</u>

In accordance with the foregoing memorandum,

IT IS ORDERED:

1. That Mr. Otero be committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. That Mr. Otero be afforded a reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request by an attorney for the Government, the person in charge of the corrections facility in which Mr. Otero is detained and confined shall deliver Mr. Otero to an authorized Deputy United States

2

Marshal for the purpose of any appearance in connection with a court proceeding.

<u>RIGHT OF APPEAL</u>

THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18 U.S.C. § 3145(b).


<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE