# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
                            )

UNITED STATES OF AMERICA,    )
                            )
                            )
       v.                )     **CRIMINAL ACTION**
                            )     **NO. 04-40030-FDS**

JOSE OTERO,              )
       Defendant,      )
_____)

## INITIAL STATUS REPORT
### February 11, 2005

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Saylor, J. to whom this case is assigned:

1.   <u>Discovery</u>

Mr. Otero's counsel has just received additional discovery in this case and has requested additional time, not only to review that discovery with his client, but to conduct an independent investigation relative to this case.  I have granted that request.

2.   <u>Further Status Conference</u>

A further status conference shall be held in this case on March 22, 2005, at 3:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.   <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from January 13, 2005 (date

of expiration of prior order of excludable time) through March 22,

2005 (date by which Mr. Otero and his counsel will have completed

their initial review of discovery).  Therefore, assuming no further

order of excludable time under the plan for prompt disposition of

criminal cases, this case must be tried on or before <u>Tuesday, May</u>

<u>31, 2005</u>.


                                        <u>/s/Charles B. Swartwood, III</u>
                                        CHARLES B. SWARTWOOD, III
                                        MAGISTRATE JUDGE