UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | **CRIMINAL ACTION** |
| ) | **NO. 04-40030-FDS** |
| JOSE OTERO,     ) | |
| Defendant,  ) | |

**ORDER OF EXCLUDABLE TIME**
February 11, 2005

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from January 13, 2005 (date of expiration of prior order of excludable time) through March 22, 2005 (date by which Mr. Otero and his counsel will have completed their initial review of discovery) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE