# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )    CRIMINAL ACTION
                               )    NO. 04-40030-FDS
JOSE OTERO,                    )
        Defendant,             )
_____)
```

## STATUS REPORT
### March 21, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

I have signed Orders facilitating Mr. Otero's requests for certain documents from public agencies. Those agencies estimate that the documents will be forthcoming within the next two to three weeks. Mr. Otero's counsel then needs to review those documents with his client and with the Government. Therefore, I have continued this matter for a further status conference in approximately a month.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on May 17, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.   <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from March 22, 2005 (date of expiration of prior order of excludable time) through May 17, 2005 (date by which discovery should be completed).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, July 26, 2005</u>.

/s/Charles B. Swartwood, III<br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE