UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
          v.                        )   CRIMINAL ACTION
                                    )   NO. 04-40030-FDS
JOSE OTERO,                         )
          Defendant,                )
_____ )

**STATUS REPORT**
**May 18, 2005**

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

Mr. Otero's counsel is still waiting for receipt of certain documents from public agencies. Counsel estimates that the documents will be forthcoming within the next couple of weeks and that he then needs time to review the documents with his client. Therefore, I have continued this matter for a further status conference in approximately one month.

2. Further Status Conference

A further status conference shall be held in this case on June 14, 2005, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from May 17, 2005 (date of expiration of prior order of excludable time) through June 14, 2005 (date by which receipt and review of discovery should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, August 23, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE