UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>JOSE OTERO,       )<br>     Defendant,   )<br>)  | **CRIMINAL ACTION<br>NO. 04-40030-FDS** |

**ORDER OF EXCLUDABLE TIME**
May 18, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from May 17, 2005 (date of expiration of prior order of excludable time) through June 14, 2005 (date by which receipt and review of discovery should be completed) shall be excluded from the Speedy Trial Act.

<pre>                              /s/Charles B. Swartwood, III
                              CHARLES B. SWARTWOOD, III
                              CHIEF MAGISTRATE JUDGE</pre>