## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
     v.                       )    CRIMINAL ACTION
                              )    NO. 04-40030-FDS
JOSE OTERO,                   )
          Defendant,          )
_____)
```

### STATUS REPORT
### June 15, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

Mr. Otero's counsel has stated that he has been informed by counsel from several state agencies that the information he seeks will be forthcoming within two to three weeks.  Once Mr. Otero's counsel receives those documents he needs time to review them with his client.  Therefore, I have continued this matter for a further status conference in approximately one month.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on <u>July 14, 2005, at 9:00 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts</u>.

3.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from June 14, 2005 (date of expiration of prior order of excludable time) through July 14, 2005 (date by which Mr. Otero's counsel will have received and reviewed certain documents necessary for his defense).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, September 22, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE