UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )    CRIMINAL ACTION
                               )    NO. 04-40030-FDS
JOSE OTERO,                    )
          Defendant,           )
_____)
```

STATUS REPORT
July 14, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

Mr. Otero's counsel continues to have problems obtaining relevant certified documents from state agencies and has requested additional time to obtain those documents and to review those documents with his client. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on August 5, 2005, in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from July 14, 2005 (date of

expiration of prior order of excludable time) through August 5, 2005 (date by which state agencies will have provided Mr. Otero's counsel with requested, relevant documents).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, October 14, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE