UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOSE OTERO, )<br>    Defendant, )<br>) | **CRIMINAL ACTION<br>NO. 04-40030-FDS** |

<u>ORDER OF EXCLUDABLE TIME</u>
July 14, 2005

**SWARTWOOD, C.M.J.**

    It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from July 14, 2005 (date of expiration of prior order of excludable time) through August 5, 2005 (date by state agencies will have provided Mr. Otero's counsel with requested, relevant documents) shall be excluded from the Speedy Trial Act.

                                                  /s/Charles B. Swartwood, III
                                                  CHARLES B. SWARTWOOD, III
                                                  CHIEF MAGISTRATE JUDGE