UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                                   )
        v.                         )   CRIMINAL ACTION
                                   )   NO. 04-40030-FDS
JOSE OTERO,                        )
        Defendant,                 )
                                   )
_____)


STATUS REPORT
August 8, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

Completed.

2. Plea Negotiations

Counsel for the parties have requested additional time to initiate and complete plea negotiations. I have granted that request.

3. Further Status Conference

A further status conference shall be held in this case on September 13, 2005, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

4. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from August 5, 2005 (date of expiration of prior order of excludable time) through September 13, 2005 (date by which plea negotiations should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, November 22, 2005</u>.

/s/Charles B. Swartwood, III<br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE