UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| V. ) | NO. 4:04CR40030 |
| ) | |
| JOSE OTERO ) | |

MOTION TO CONTINUE

Now comes counsel in the above-captioned case and requests that the status conference be continued.

As reason therefore, counsel says he went to the Wyatt Detention Facility on September 16, 2005 to speak to the defendant and determine whether or not he intends to plead guilty.  The defendant was not at Wyatt; he had been brought to court.  Counsel has been unable to return to Wyatt prior to the status conference on September 20, 2005.

For the defendant,

/s/ Edward L. Hayden
EDWARD L. HAYDEN
7 Franklin Street
Lynn MA 01902
(781) 599-1190
BBO #226430