UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )    CRIMINAL ACTION
                               )    NO. 04-40030-FDS
JOSE OTERO,                    )
         Defendant,            )
_____)
```

**STATUS REPORT**
**October 3, 2005**

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

Completed.

2. Substantive Motions

Mr. Otero's counsel has requested a short continuance in order to determine whether or not he intends to file a Motion To Suppress.  I have granted that request.

3. Further Status Conference

A further status conference shall be held in this case on October 17, 2005, at 2:45 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

4.  <u>Excludable Time</u>

At the request of the Government and with the assent of Mr. Otero's counsel, I am excluding from the Speedy Trial Act, the period from September 13, 2005 (date of expiration of prior order of excludable time) through October 17, 2005 (date by which Mr. Otero will determine whether or not to file a Motion To Suppress). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, December 26, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE