UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOSE OTERO, )<br>      Defendant, )<br>) | **CRIMINAL ACTION**<br>**NO. 04-40030-FDS** |

**ORDER OF EXCLUDABLE TIME**
October 3, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from September 13, 2005 (date of expiration of prior order of excludable time) through October 17, 2005 (date by which Mr. Otero will determine whether or not to file a Motion To Suppress) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE