UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )     CRIMINAL ACTION
                               )     NO. 04-40030-FDS
JOSE OTERO,                    )
          Defendant,           )
_____)
```

**FINAL STATUS REPORT**
**October 17, 2005**

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Saylor, J. to whom this case is assigned:

1. **Rule 11 Hearing**

Counsel for the parties have requested that this case be returned to Judge Saylor for a Rule 11 hearing. I have granted that request.

2. **Excludable Time**

With the assent of counsel for the parties, I have excluded from the Speedy Trial Act, the entire period from date of arraignment through October 17, 2005. Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Monday, December 26, 2005.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE