```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 04-40030-FDS
)
JOSE OTERO, )
)
      Defendant. )

### Government's Information Pursuant To 21 U.S.C. § 851

The United States of America, by Michael J. Sullivan, United States Attorney, and Paul G. Casey, Assistant U.S. Attorney, hereby files this Information pursuant to 21 U.S.C. § 851. In support hereof, the government states that Defendant, Jose Otero, has the following prior convictions:

1. Westborough District Court, Docket No. 0167CR1575 (October 18, 2001):

    a. Possession with Intent to Distribute or Dispense a Class A Controlled Substance, Heroin;

    b. Possession of a Class B Controlled Substance, Cocaine;

    c. Possession with Intent to Distribute a Class E Controlled Substance, Klonopin;

2. Worcester District Court, Docket No. 9962CR7779 (August 17, 1999):

    a. Possession with Intent to Distribute or Dispense a Class D Controlled Substance, Marijuana;

3. Worcester District Court, Docket No. 9962CR3975 (August 17, 1999):

    a. Possession with Intent to Distribute or Dispense a Class B Controlled Substance, Cocaine;

    b. Possession with Intent to Distribute or Dispense a Class D Controlled Substance, Marijuana;

  c. Possession with Intent to Distribute or Dispense a Class A Controlled Substance, Heroin;

4. Worcester District Court, Docket No. 9962CR2479 (August 17, 1999):

  a. Possession with Intent to Distribute or Dispense a Class A Controlled Substance, Heroin;

  b. Possession with Intent to Distribute or Dispense a Class A Controlled Substance, Cocaine;

  c. Possession of a Class A Controlled Substance, Heroin;

  d. Possession of a Class B Controlled Substance, Cocaine;

5. Worcester District Court, Docket No. 9862CR5240 (August 17, 1999):

  a. Possession of a Class B Controlled Substance, Cocaine;

6. Lynn District Court, Docket No. 9613CR4353: (September 19, 1996):

  a. Distributing/Dispensing a Class A Controlled Substance, Heroin;

  b. Distributing/Dispensing a Class B Controlled Substance, Cocaine;

7. Worcester District Court, Docket No. 9562CR4561 (February 15, 1996):

  a. Manufacturing a Class A Controlled Substance, Heroin;

  b. Manufacturing a Class B Controlled Substance, Cocaine;

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Paul G. Casey
Assistant U.S. Attorney

Dated: October 26, 2005.

2

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by forwarding via facsimile and U.S. Mail a copy of same:

Edward L. Hayden
7 Franklin Street
Lynn, MA 01902

This 26th day of October, 2005.

_____
Paul G. Casey
Assistant U. S. Attorney