UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| V. ) | NO. 4:04CR40030 |
| ) | |
| JOSE OTERO ) | |

MOTION TO CONTINUE

Now comes defense counsel in the above case and requests that the sentencing hearing currently scheduled for February 2, 2006 be continued for five weeks.

As reason therefore, counsel submits the attached affidavit.

                                              For the defendant,

                                              /s/ Edward L. Hayden
                                              EDWARD L. HAYDEN
                                              7 Franklin Street
                                              Lynn MA 01902
                                              (781) 599-1190
                                              BBO #226430

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| V. ) | NO. 4:04CR40030 |
| ) | |
| JOSE OTERO ) | |

AFFIDAVIT IN SUPPORT OF
MOTION TO CONTINUE

1. My name is Edward L. Hayden. I am an attorney with an office at 7 Franklin Street, Lynn MA.

2. I represent the defendant in the above captioned case.

3. On November 14, 2005, I spoke with Emily Piovoso concerning the presentence interview of the defendant.

4. We compared our schedules and concluded that we could not do the presentence interview until December 20, 2005.

5. My schedule is very heavy for the November and early December because I am preparing for the case of Commonwealth v. Facella, Docket No. 02/668, a murder case at Essex Superior Court which is scheduled for trial on December 5, 2005.

6. If the presentence interview is not held until December 20, 2005, Probation Officer Piovoso needs until mid March to complete her investigation.

7. Assistant District Attorney Paul Casey has no objection to this continuance.

   Signed under the pains of penalty of perjury this ____ day of November, 2005.

   /s/ Edward L. Hayden