UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| V. ) | NO. 4:04CR40030 |
| ) | |
| JOSE OTERO ) | |

MOTION TO CONTINUE

Now comes counsel in the above captioned case and requests that the sentencing hearing be continued from its currently scheduled date of March 9, 2006.

As reason therefore, counsel says that during the presentence interview on December 20, 2005, the defendant revealed information about his history and past treatment which he previously had not disclosed to counsel. This information is relevant to the defendant's sentencing and counsel would need additional time to track down this information. Probation Officer Emily Piovoso and Assistant U.S. Attorney Paul Casey have no objection to this continuance.

For the defendant,

/s/EDWARD L. HAYDEN
EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO #226430