UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL ACTION |
| V. | ) NO. 4:04CR40030 |
| | ) |
| JOSE OTERO | ) |

MOTION TO CONTINUE SENTENCING HEARING AND
EXTEND TIME TO FILE SENTENCING MEMORANDUM

Now comes counsel in the above-captioned case and requests a continuance from the currently scheduled sentencing date of May 10, 2006. As reason therefore, counsel says that Massachusetts Continuing Legal Education has scheduled a seminar entitled Prosecuting and Defending Homicide Cases on May 10, 2006 that counsel would like to attend.

Regardless of the Court's decision on the above request, counsel requests an extension of time to file his sentencing memorandum which is now due on April 20, 2006.

As reason therefore, counsel says that Dr. Robert Joss, a psychologist, has evaluated the defendant at my request. Dr. Joss will complete his report by April 20, 2006. Counsel will need additional time to incorporate Dr. Joss' evaluation into the sentencing memorandum.

Counsel requests an additional one week to file his sentencing memorandum. Counsel attempted to contact Assistant U.S. Attorney Paul Casey, however, Attorney Casey is out of the office until April 24, 2006.

> For the defendant,
>
> /s/ EDWARD L. HAYDEN
> EDWARD L. HAYDEN
> 7 FRANKLIN STREET
> LYNN MA 01902
> (781) 599-1190
> BBO #226430