UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| V. ) | NO. 4:04CR40030 |
| ) | |
| JOSE OTERO ) | |

MOTION TO CONTINUE SENTENCING

Now comes counsel in the above-captioned case and requests that the sentencing be scheduled a day other than June 14 through 19, 2006.

As reason therefore, counsel says that the previous sentencing of May 10, 2006 was continued to June 16, 2006. At the time of the continuance, counsel was not aware that he was scheduled to be on vacation from June 14th through 19th.

Counsel is aware that the sentencing date has been continued at least three times. Counsel would be available to do the sentencing earlier than June 16th if that accommodated the court's schedule.

Assistant United States Attorney Paul Casey has no objection to this continuance.

> For the defendant,
> /s/ EDWARD L. HAYDEN
> EDWARD L. HAYDEN
> 7 FRANKLIN STREET
> LYNN MA 01902
> (781) 599-1190
> BBO #226430