UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES

v.                                  Docket No. 4:04-CR-40030

Jose Otero

NOTICE OF APPEAL AND REQUEST FOR COURT APPOINTED
COUNSEL

I, Jose Otero, move the Court to file a notice of appeal in the above case on the grounds of ineffective assistance of counsel and a Court violation of FRCRP 11.

Having been represented by Court appointed counsel in this case I ask the Court to appoint new counsel for this appeal.

Respectfully Submitted,

Jose Otero
MCI-Cedar Junction
PO Box 100
S. Walpole, MA 02071

7-5-06