UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States

v.                                    Docket No. 04-CR-40030

Jose Otero

AFFIDAVIT IN SUPPORT OF NOTICE OF APPEAL

I, Jose Otero, declare that the following is true and accurate:

1) Prior to sentencing I asked my lawyer to postpone my sentencing hearing because, as of 6/23/06 the probation department was still working on the PSR and had contacted my wife on 6/23/06 to schedule an appointment for the week of my hearing, also as of my last revivew the PSR was still incomplete.

2) Prior to sentencing, pursuant to FRCRP 32(f) I had asked my lawyer to make numerous objections to the PSR due to the incomplete sections and most notably the fact the PSR had the wrong SSN which would explain why the probation officer had left so many sections incomplete. My lawyer never filed any objections.

3) Prior to sentencing I asked my lawyer to withdraw my Guilty Plea because I was not competent at the time I entered the plea. He told me that I could not withdraw my plea after it was entered. Yet the standard by which a plea may be withdrawn before sentencing is much less strict then on direct appeal.

4) The Court had in its possession medical and psychiatric documents that call into question my competency. Additionally the record will reflect that I stated that I was under the influence of 3 prescribed controlled substances, each of which effects my ability to consult with my lawyer with a reasonable degree of understanding.

5) At my plea hearing I tried to fully understand the proceedings and had trouble, additionally I was unable to formulate the questions to my attorney that would have allowed me to fully understand the concequences of the proceedings.

Singed under the pain and penalty of perjury.

Executed on  7-5-06
             date                    Signature of Jose Otero