Date: __Feb. 5, 2008__

Hon. __Judge Saylor__
c/o __Martin Castles__
Deputy Clerk
United States District Court


Dear __Judge Saylor__ :

    I was sentenced by Judge __Saylor__ on __June 30, 2006__ based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

    I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

    I __ do _X_ do not wish to be represented by the same lawyer who represented me at my original sentencing.

Sincerely, *[signature]*

Name: __Jose OTero   80477-038__

Address: __F.M.C. Devens__

    __P.O. Box 879__

    __Ayer, MA 01432__

Telephone: _____