UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) Cr. No. 04-40030-FDS |
| | ) |
| JOSE OTERO, | ) |
| | ) |
| Defendant. | ) |

### GOVERNMENT'S RESPONSE TO REQUEST FOR COUNSEL

Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and David Hennessy, Assistant U.S. Attorney, and hereby responds to the motion of defendant Jose Otero for appointment of counsel to assist Otero is seeking a modification to his sentence pursuant to 18 U.S.C. §3582(c)(2). The government does not oppose Otero's request.

As grounds therefor, the government states as follows:

1. On information and belief, Otero was convicted of crack cocaine-related offenses and was sentenced by this Court. The government was represented by AUSA Paul Casey, who is scheduled to return to this office on February 19, 2008.

2. On November 1, 2007, a proposed amendment to the U.S. Sentencing Guidelines pertaining to offenses involving crack cocaine became effective. The amendment adjusts downward by two level the base offense level assigned to each threshold quantity of crack cocaine listed in the Drug Quantity Table in U.S.S.G. §2D1.1. On December 11, 2007, the U.S. Sentencing Commission voted unanimously to make the Guideline Amendment retroactive.

The retroactivity of the Amendment does not take effect until March 3, 2008.

3. On February 5, 2008, Otero moved for appointment of counsel to assist him in seeking a modification, pursuant to 18 U.S.C. §3582(c). The government does not oppose Otero's request. It is the view of the Department of Justice that appointment of counsel will facilitate the fair and speedy resolution of motions to modify sentences that fall within the scope of the amendment to the Sentencing Guidelines, the government withdraws its opposition.

4. Notwithstanding this response, the government expresses no view at this time whether Otero is, in fact, eligible for a modification of his sentence.

WHEREFORE, the government does not oppose Otero's motion for appointment of counsel in connection with his motion for reduction of sentence, filed pursuant to Section 3582(c).

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By: /s/David Hennessy
>
>David Hennessy
>Assistant U.S. Attorney

February 12, 2008

ss. Worcester

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served by U.S. Mail on this 12th day of February, 2008 on Jose Otero, Reg. No. 80477-038, FMC Devens, P.O. Box 879, Ayer, Massachusetts 01432.

                                        /s/ David Hennessy
                                        David Hennessy
                                        Assistant U.S. Attorney