Jose. Otero
# 80477-038
F.M.C. Devens, P.O. Box 879
Ayer. Mass, 01432

June 13, 2008

Office of the clerk:
United States District Court
595 Main Street
Worcester, Massachusetts

RE: <u>US -v- Otero, (CR No. 04-40030-FDS)</u>
    Motion pending for reduction pursuant to
    Crack Cocaine Guideline Modification

To whom it may concern,

Would you be so kind as to forward to me, at the address indicated above, a copy of the docket for the instant case from Jan. 1 of 2008 to the present.

thank you for your attention

Respefilly,
Jose Otero

Jo/jo